IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDWON KUMONT JULIAN, #01960750, | § § § | |
| Petitioner, | § § | |
| V. | § | No. 3:20-cv-715-E-BK |
| LORIE DAVIS, DIRECTOR, TDCJ-CID, | § § § § | |
| Respondent. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND**
<u>**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**</u>

Before the Court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. No. 5).  No objection was filed by Petitioner Edwon Kumont Julian within fourteen days as proscribed by Federal Rule of Civil Procedure 72(b)(2).  Having reviewed the findings, conclusions and recommendation for plain error, the Court is of the opinion that they are correct and should be accepted.  It is therefore **ORDERED** that the Findings, Conclusions and Recommendation of the Magistrate Judge are accepted.

The Court therefore **ORDERS** that Petitioner's successive habeas petition is transferred to the United States Court of Appeals for the Fifth Circuit.  *See* 28 U.S.C. § 2244(b)(3); 28 U.S.C. § 1631.

SO **ORDERED**; signed this 17th day of April, 2020.

ADA BROWN
UNITED STATES DISTRICT JUDGE